**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendant*
*Sierra Creative Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------X
ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYINA MALONEY, and PETER ANDREYEV,

          Plaintiffs,

-against-

SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individual* and ABC COMPANIES 1-10, fictitious names of unknown entities,

          Defendant.
-----------------------------------------------------X

Civil Case No.: 2:25-cv-11870

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendant Sierra Creative Systems, Inc. certifies that (i) no publicly held corporation owns 10% or more of Sierra Creative Systems, Inc.

Sierra Creative Systems, Inc. further certifies that it is duly incorporated under the laws of the State of California, and has its principal place of business in Paramount, California.

Dated: June 16, 2025

Respectfully submitted,

By: */s/ Kenneth D. Friedman*
Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 830-7184
Email: KFriedman@manatt.com

*Attorneys for Defendant*
*Sierra Creative Systems, Inc.*