IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION : CIVIL ACTION
:
    v. :
:
SIERRA CREATIVE SYSTEMS, INC., :
et al. : NO. 25-11870

## ORDER

AND NOW, this 18th day of June 2025, after a telephone conference with counsel, it is hereby ORDERED that this action is STAYED until further order of court.

BY THE COURT:

/s/   Harvey Bartle III
                  J.