| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh (032462005)<br>Kathleen Barnett Einhorn (040161992)<br>Jessica A. Merejo (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, NJ 07052<br>Tel.: (973) 577-5500<br>rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br><br>*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney and Peter Andreyev* | **BIRD MARELLA RHOW<br>LINCENBERG DROOKS NESSIM LLP**<br>Ekwan E. Rhow (*pro hac vice* to be filed)<br>Elliot C. Harvey Schatmeier (*pro hac vice* to be filed)<br>1875 Century Park East, 23rd Fl<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>erhow@birdmarella.com<br>ehs@birdmarella.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civ. Action No.: 1: 25-cv-11870-HB<br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney and Peter Andreyev, in the above-captioned action.

                                     **PEM LAW LLP**
                                     *Attorneys for Plaintiffs*

                             By: */s/ Jessica A. Merejo*
                                JESSICA A. MEREJO

Dated: June 19, 2025