# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYINA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>-against-<br><br>SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individual* and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Case No. 1:25-cv-11870-HB<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of Court and All Parties of Record:

Please enter my appearance for Sierra Creative Systems, Inc. in the above-captioned matter.

I hereby certify that I am a member in good standing of the bar of this Court.

Dated:  New York, New York
        August 25, 2025

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Matthew F. Bruno*
    Matthew F. Bruno (207112017)
    7 Times Square
    New York, NY 10036
    Telephone:  (212) 790-4500
    E-Mail: mbruno@manatt.com

*Attorneys for Defendant*
*Sierra Creative Systems, Inc.*