UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING:  September 12, 2025

**JUDGE HARVEY BARTLE III**

COURT REPORTER:   FRANCESCA DI BELLA

TITLE OF CASE:                    DOCKET NO.: 25-11870 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SIERRA CREATIVE SYSTEMS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   11:12a.m.    Time Adjourned:   11:13a.m.    Total Time in Court: 0:01