**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
Matthew F. Bruno
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com
mbruno@manatt.com

*Attorneys for Defendant*
*Sierra Creative Systems, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYINA MALONEY, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> -against- <br><br> SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individual* and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Case No. 1:25-cv-11870-HB <br><br> **NOTICE OF** <br> **<u>MOTION TO DISMISS</u>** |

**PLEASE TAKE NOTICE** that on December 7, 2025, or as soon

thereafter as counsel may be heard, and in accordance with the schedule set forth

in the Order entered in the above-captioned action September 12, 2025 (Dkt. No.

404294661.1

10), defendant Sierra Creative Systems, Inc. ("Sierra"), through its the undersigned attorneys, shall move to dismiss plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Sierra shall rely on the briefs and accompanying supporting papers previously filed in support of: (1) Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint due to facial unconstitutionality filed June 10, 2024, under Dkt. No. 27 in the related action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB; and (2) Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6) filed March 18, 2025, under Dkt. No. 59 in the related action captioned *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB.

**PLEASE TAKE FURTHER NOTICE** that a Statement in Lieu of Brief pursuant to L.Civ.R. 7.1(d)(4) is submitted herewith.

//

//

//

//

//

//

404294661.1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: October 17, 2025
      New York, New York

                              Respectfully submitted,

                              /s/ *Kenneth D. Friedman*
                              Kenneth D. Friedman
                              Matthew F. Bruno
                              MANATT, PHELPS & PHILLIPS, LLP
                              7 Times Square
                              New York, New York 10036
                              (212) 790-4500
                              kfriedman@manatt.com
                              mbruno@manatt.com

                              *Attorneys for Defendant Sierra Creative Systems, Inc.*

404294661.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I caused a true and correct copy of the foregoing to be filed with the Court, and a copy will be served upon all Parties of record, via CM/ECF.

By: /s/ *Kenneth D. Friedman*
Kenneth D. Friedman