

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

### State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

November 12, 2025

<u>**VIA CM/ECF**</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Atlas Data Privacy Corporation, et al. v. Sierra Creative Systems, Inc.*, No.: 1:25-cv-11870-HB

Dear Judge Bartle:

We write on behalf of Matthew J. Platkin, Attorney General of New Jersey, regarding the recent motion to dismiss filed by Defendant Sierra Creative Systems, Inc. ("Sierra"), raising constitutional challenges to Daniel's Law, N.J.S.A. 47:1A-1, *et seq.*, and N.J.S.A. 56:8-166.1 (collectively, "Daniel's Law") under the First Amendment in *Atlas Data Privacy Corporation, et al. v. Sierra Creative Systems, Inc.*, *see* ECF 12, No.: 1:25-cv-11870-HB (D.N.J. Oct. 17, 2025).

Pursuant to Federal Rule of Civil Procedure 5.1, Sierra was required to give the Attorney General notice regarding their constitutional challenges to Daniel's Law. *See* Fed R. Civ. P. 5.1(a) (requiring that, when a party files a "pleading, written motion, or other paper drawing into question the constitutionality of a … state statute," the party "must promptly" both "file a notice of constitutional question" and "serve the notice and paper" on the state attorney general). Sierra did not do so. Because Sierra has filed constitutional challenges questioning Daniel's Law similar to those raised in matters consolidated under *Atlas Data Privacy Corp., v. We Inform, LLC*, No. 24-4037, intervention is appropriate by the Attorney General. Accordingly, the Attorney General requests that the Court permit the Attorney General to intervene in this action on these constitutional issues. To the extent requested by the Court, the Attorney General is prepared to file a more formal motion for this relief.



124 Halsey Street, Newark, NJ 07101 • TELEPHONE: (973) 648-4441 • FAX: (973) 648-3956
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 12, 2025
Page 2

Specifically, regarding Sierra's First Amendment[1] challenges, the Attorney General requests that the Court stay briefing until the Third Circuit has rendered its decision in *Atlas Data Privacy Corp. v. We Inform, LLC*, Nos. 25-1555 through -1578, 25-1580 through -1593, 25-1676, 25-1677 (3d Cir.). Alternatively, should the Court decide these issues, the Attorney General requests that this Court rely on its prior decision in *Atlas Data Privacy Corp. v. We Inform*, 758 F. Supp. 3d 322 (D.N.J. 2024), denying defendants' motion to dismiss on facial First Amendment grounds.

We appreciate the Court's consideration of this matter.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Kashif Chand
Assistant Attorney General
Kashif.Chand@law.njoag.gov

---

[1] *See* ECF No. 12, Sierra Creative Systems, Inc.'s Motion to Dismiss, *Atlas Data Privacy Corporation, et al. v. Sierra Creative Systems, Inc.*, No.: 1:25-cv-11870-HB (D.N.J. Oct. 17, 2025).