IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SIERRA CREATIVE SYSTEMS, INC., et al. | : | NO. 25-11870 |

ORDER

AND NOW, this 18th day of November 2025, based on the letter request of the Attorney General of New Jersey (Doc. # 13), it is hereby ORDERED that:

(1) The Attorney General's intervention in the above action is GRANTED;

(2) Intervenor's opposition brief shall be filed on or before December 19, 2025; and

(3) Any replies to the intervenor's brief shall be filed on or before January 9, 2026.

BY THE COURT:

/s/  Harvey Bartle III
                                                       J.