# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-11870 |
| ) | |
| <u>Sierra Creative Systems, Inc., et. al.</u> ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:    11/19/2025

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

609-696-5160
*Telephone number*

973-648-3879
*FAX number*