# manatt

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

January 9, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

        Re:    <u>*Atlas Data Privacy Corp., et al. v. Sierra Creative Systems, Inc., et al.*</u>
                 Civil Action No. 25-cv-11870 (HB)

Dear Judge Bartle:

    We are counsel for defendant Sierra Creative Systems, Inc. ("Sierra") in the above-referenced action. In accordance with the schedule set forth in the Court's November 18, 2025 Order (Dkt. No. 15), Sierra submits this letter brief in reply to Plaintiffs' opposition and the Attorney General of New Jersey's opposition and in further support of Sierra's Motion to Dismiss.

    Sierra hereby joins, relies upon, and incorporates by reference the following previously filed reply briefs:

(1) The Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs Complaint filed in support of the facial constitutional challenge, which was previously filed on September 13, 2024, under Dkt. No. 54 in *Atlas Data Privacy Corp., et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB.

(2) The Reply Brief in Further Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was previously filed on June 3, 2025, under Dkt. No. 72 in *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB.

    For all of the reasons set forth in the moving papers as well as the aforementioned reply briefs, Sierra respectfully requests that this Court dismiss Plaintiff's complaint.

7 Times Square, New York, New York  10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# manatt

Hon. Harvey Bartle III, U.S.D.J.
January 9, 2026
Page 2

        We thank the Court for its time and attention to this matter.

        Respectfully submitted,

        MANATT, PHELPS & PHILLIPS, LLP

        /s/ *Kenneth D. Friedman*

        By:  Kenneth D. Friedman

cc:     Counsel of Record (via ECF)