IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION | : : : | CIVIL ACTION |
| v. | : : | |
| PUBLICNSA, LLC, et al. | : | NO. 25-5989 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| REDX LLC, et al. | : | NO. 25-6863 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION | : : : | CIVIL ACTION |
| v. | : : : | |
| SIERRA CREATIVE SYSTEMS, INC., et al. | : : | NO. 25-11870 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| AGR MARKETING SOLUTIONS, LLC, et al. | : : | NO. 25-12137 |

ORDER

AND NOW, this 21st day of April 2026, it is hereby

ORDERED that:

(1)   The motions of defendants in the above actions to dismiss the complaints under Rule 12(b)(6) of the Federal Rules of Civil Procedure are DENIED for the reasons stated in the court's Memorandums dated November 26, 2024, June 27, 2025, and August 25, 2025 in <u>Atlas Data Privacy Corp. v. We Inform, LLC</u>, Civil Action No. 24-4037, (Docs. #31, 70, 83); and

(2)   The defendants shall file their answers to the complaints on or before May 11, 2026.

BY THE COURT:


/s/   Harvey Bartle III      
                                         J.