## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> -against- <br><br> SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individual* and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Case No. 1:25-cv-11870-HB <br><br> Hon. Harvey Bartle III, U.S.D.J. <br><br><br> **<u>JOINT NOTICE OF RESOLUTION AND REQUEST TO STAY</u>** |

Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev ("Plaintiffs") and Defendant Sierra Creative Systems, Inc. ("Defendant") (collectively, the "Parties") hereby respectfully inform the Court that the Parties have reached a resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal of Plaintiffs' claims will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring additional legal expenses or burdening the Court or its resources, the Parties jointly and

respectfully request pursuant to L.Civ.R. 7.1(b) that the Court vacate any and all pending deadlines (including but not limited to Defendant's deadline to file its answer to the complaint, *see* Dkt. 23) temporarily stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: April 27, 2026        Respectfully submitted,
      New York, New York

/s/ *Rajiv D. Parikh*
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
PEM LAW LLP
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
(973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev*

/s/ *Kenneth D. Friedman*
Kenneth D. Friedman
Matthew F. Bruno
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com
mbruno@manatt.com

*Attorneys for Defendant Sierra Creative Systems, Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026 caused a true and correct copy of the foregoing to be filed with the Court and a copy will be served upon all Parties of record via CM/ECF.


By:  /s/ *Kenneth D. Friedman*
Kenneth D. Friedman

3