```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY               :         CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
SIERRA CREATIVE SYSTEMS, INC.,   :         NO. 25-11870
et al.                           :
```

                               ORDER

AND NOW, this 28th day of April 2026, it is hereby ORDERED that:

(1)  the joint request for a stay (Doc. #24) is GRANTED; and

(2)  the action is stayed for 60 days, except that defendant shall timely file an answer.


                               BY THE COURT:


                               /s/  Harvey Bartle III
                                                        J.