**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
     jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**MANATT, PHELPS, & PHILLIPS, LLP**
Kenneth D. Friedman
Matthew F. Bruno
7 Times Square
New York, New York 10036
Tel.: (212) 790-4500
Email: kfriedman@manatt.com
     mbruno@manatt.com

*Attorneys for Defendant Sierra Creative Systems, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>    Plaintiffs,<br><br>v.<br><br>SIERRA CREATIVE SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals,* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Civil Action No. 1:25-cv-11870 |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively, "Plaintiffs") and Defendant Sierra Creative Systems, Inc. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

1

The Parties and any other person subject to the terms of the Settlement Agreement dated April 27, 2026 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the agreement.

| | |
|---|---|
| **PEM LAW LLP** | **MANATT, PHELPS & PHILLIPS, LLP** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant.* |
| | |
| */s/ Jessica A. Merejo* | */s/ Kenneth D. Friedman* |
| JESSICA A. MEREJO | KENNETH D. FRIEDMAN |
| | |
| Dated: June 23, 2026 | Dated: June 23, 2026 |

2